15 A.3d 884

Terry L. COURTNEY, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Prison ex rel., Health Services, Deb Cutshall, Dr. Naji, Medical Director, Corrections Health Care Administrator, Debra Younkin, all Individuals and in their Official Capacity, Appellees.

Supreme Court of Pennsylvania.

Jan. 18, 2011.

## ORDER

PER CURIAM.

AND NOW, this 18th day of January, 2011, the Order of the Commonwealth Court is hereby AFFIRMED.